

**ATTORNEYS AT LAW**
**1845 WALNUT STREET**
**SUITE 1100**
**PHILADELPHIA, PA 19103**
**(215) 864-6600**
**FAX: (215) 864-6610**
**www.bodellbove.com**

**LOUIS A. BOVÉ**
**DIRECT DIAL: (215) 864-6602**
**EMAIL: lbove@bodellbove.com**

The Clerk of the Court is directed to close the case.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 9/17/2020

September 17, 2020

<u>VIA CM/ECF</u>
The Honorable John Michael Vazquez
United States District Judge
for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: <u>*Empire Fire and Marine Insurance Company v. Intek Auto Leasing, Inc., et al.*</u>
     <u>U.S.D.C. District of New Jersey, Civil Action, No. 17-cv-4525-JMV-MF</u>
     <u>United States Court of Appeals for the Third Circuit, Case No. 20-1130</u>

Dear Judge Vazquez:

 My firm represented Empire Fire and Marine Insurance Company in the above-captioned matter.  In response to your text order dated September 16, 2020 (Doc. No. 51), I am writing to confirm to the Court that this matter is completely resolved, with no outstanding issues.  Thank you for your attention to this matter.

          Respectfully,

          /s/ Louis A. Bove

          Louis A. Bove

LAB/jmg

cc: (via CM/ECF)
Donna L. Thompson, Esquire